U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

NOV 0 6 2007

ROBERT H. SHEMWELL, CLERK
BY _____
        DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

UNITED STATES OF AMERICA

VERSUS

LARRY NEAL THOMPSON, JR.

CIVIL ACTION NO. 06-0436
CRIMINAL NO. 03-50033-02

JUDGE DONALD E. WALTER

MAGISTRATE JUDGE HORNSBY

## O R D E R

For the reasons stated in the foregoing Memorandum Ruling, **IT IS ORDERED** that

defendant Larry Neal Thompson, Jr.'s Motion to Vacate, Set Aside or Correct Sentence Under 28

U.S.C. § 2255 [Doc. #320] be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this ___6th___ day of November, 2007.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE